IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 4412 |
| O'HARE VAN LINES, INC., an Illinois corporation, | ) ) ) ) | JUDGE EDMOND E. CHANG |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by their attorneys, default having been entered against the Defendant on October 12, 2022, request this Court enter judgment against Defendant, O'HARE VAN LINES, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On October 12, 2022, this Court entered default against Defendant and ordered Plaintiffs to file its motion for entry of judgment on October 19, 2022.

2. In March 2022, Plaintiffs' auditors completed a payroll audit on Defendant's books and records for the time period June 1, 2016 through June 30, 2021. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $19,064.00, plus $1,906.40 for liquidated damages and $5,277.96 for interest, for a total of $26,248.36. (See Affidavit of Jack Witt).

3. Plaintiffs' auditing firm of Graff, Ballauer & Blanski, P.C. charged Plaintiffs $1,252.50 to perform the audit examination and complete the report and the Funds are entitled to recover said fees under their Trust Agreements (Witt Aff. Par. 9).

4. In addition, Plaintiffs' firm has expended $527.00 for costs and $1,773.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $29,800.86.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $29,800.86.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Plaintiffs' Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed and emailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of October 2022:

Harry J. Fournier,
Registered Agent for O'Hare Van Lines, Inc.
2001 Midwest Road, Suite 206
Oak Brook, IL 60523
hjf@fournierlawfirmltd.com

                    /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com